UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60652-CIV-DIMITROULEAS

BARCLAYS BANK PLC,

       Magistrate Judge Snow

    Intervening Plaintiff,

vs.

The Motor Vessel M/Y WE WON, a 2002
Ferretti yacht together with her engines,
tackle, rigging, dinghies, equipment,
appurtenances, furniture, etc., *in rem* BAY
MARITIME LTD, *mortgagor* and VALERIE
ELIZABETH KAAN, *guarantor*,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Intervening Plaintiff's Verified Motion for Attorneys' Fees and to Tax Costs [DE 109], filed on February 23, 2010, and the Report and Recommendation of Magistrate Judge Lurana S. Snow, dated June 29, 2010 [DE 117]. The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's conclusion that Magistrate Judge Snow that all costs claimed by the Intervening Plaintiff are reimbursable, and that we should grant the Intervening Plaintiff's

Motion.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 22] is hereby **ADOPTED** and **APPROVED**;

2. Intervening Plaintiff's Verified Motion for Attorneys' Fees and to Tax Costs [DE 109] is hereby **GRANTED**;

3. Intervening Plaintiff Barclays Bank PLC shall recover from the Defendants Bay Maritime LTD and Valerie Elizabeth Kaan in the amount of $201,479.16 in attorney's and costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of July, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Snow

Counsel of record